FILED
MARCH 27, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 C 1774

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

JUDGE GETTLEMAN
MAGISTRATE JUDGE KEYS

In the Matter of                                                      Case Number:

TRACY LUTTRELL
v.
MADISON APARTMENT GROUP, L.P., BPG PROPERTIES, LTD.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DEFENDANTS, MADISON APARTMENT GROUP, L.P. AND BPG PROPERTIES, LTD.

J. N.

| NAME (Type or print) |
| --- |
| Jon E. Klinghoffer |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Jon E. Klinghoffer |

| FIRM |
| --- |
| Goldberg Kohn Bell Black Rosenbloom & Moritz, Ltd. |

| STREET ADDRESS |
| --- |
| 55 E. Monroe St., Suite 3300 |

| CITY/STATE/ZIP |
| --- |
| Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6270082 | 312.201.4000 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |