FILED
MARCH 27, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case 1:08-cv-01774   Document 4   Filed 03/27/2008   Page 1 of 3

08 C 1774

JUDGE GETTLEMAN
MAGISTRATE JUDGE KEYS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRACY LUTTRELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) No. _____ |
| MADISON APARTMENT GROUP, L.P., | ) |
| BPG PROPERTIES, LTD., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**J. N.**

## MADISON APARTMENT GROUP, L.P.'S LOCAL RULE 3.2 DISCLOSURE

Defendant, Madison Apartment Group, L.P. ("Madison"), by and through its undersigned attorneys, makes the following disclosure to the Court pursuant to Rule 3.2 of the Local Rules of the United States District Court for the Northern District of Illinois:

Madison is a Pennsylvania limited partnership with its principal place of business in Pennsylvania. The General Partner of Madison is BPG Madison – GP, LLC, a Delaware limited liability company with its principal place of business in Pennsylvania. BPG Madison – GP, LLC's members are Daniel M. DiLella, Arthur P. Pasquarella, Robert K. Maloney, Barry Howard, Scott A. Williams, Stephen M. Spaeder and Joseph F. Mullen, all Pennsylvania residents.

Madison's limited partner is BPG Properties, Ltd. ("BPG"), a Pennsylvania limited partnership, with its principal place of business in Pennsylvania. BPG's General Partner is BPG-GP, LLC, a Delaware limited liability corporation with its principal place of business in Pennsylvania. BPG-GP, LLC's members are Daniel M. DiLella, Arthur P. Pasquarella, Robert

K. Maloney, Barry Howard, Scott A. Williams, Stephen M. Spaeder and Joseph F. Mullen, again all residents of Pennsylvania.

BPG's Limited Partners are Daniel M. DiLella, Arthur P. Pasquarella, Robert K. Maloney, Barry Howard, Scott A. Williams, Stephen M. Spaeder and Joseph F. Mullen (all of whom are Pennsylvania residents), and Berwind Property Group, Ltd., a Pennsylvania limited partnership with its principal place of business in Pennsylvania.

Berwind Property Group, Ltd., partners are Berwind Property Group, Inc., a Pennsylvania corporation with its principal place of business in Pennsylvania and several trusts created for the benefit of the Berwind family, all of whom are Pennsylvania residents.

Dated:  March 27, 2008

                         Respectfully submitted,

                         MADISON APARTMENT GROUP, L.P.

                         By  /s/ Jon E. Klinghoffer_____
                             One of Its Attorneys

Jon E. Klinghoffer
GOLDBERG KOHN BELL BLACK
 ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois  60603
(312) 201-4000

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on March 27, 2008, he caused a copy of **Madison Apartment Group, L.P.'s Local Rule 3.2 Disclosure** to be served via Messenger delivery upon the following:

> Joel J. Bellows, Esq.
> Kristen E. Prinz, Esq.
> Bellows and Bellows P.C.
> 209 South LaSalle Street, Suite 800
> Chicago, IL 60604

> /s/ Jon E. Klinghoffer
> Jon E. Klinghoffer