# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| TRACY LUTTRELL, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 08C 1774 ) |
| MADISON APARTMENT GROUP, L.P., BPG PROPERTIES, LTD., | ) Judge Gettleman ) Magistrate Judge Keys ) |
| Defendant. | ) |

## NOTICE OF FILING

TO:  Joel J. Bellows, Esq.
　　　Kristen E. Prinz, Esq.
　　　Bellows and Bellows, P.C.
　　　209 South LaSalle Street, Suite 800
　　　Chicago, IL 60604

　　　PLEASE TAKE NOTICE that on April 3, 2008 we filed with the United States District Court for the Northern District of Illinois, Eastern Division, **Madison Apartment Group, L.P. and BPG Properties, Ltd.'s Answer and Affirmative Defenses to Plaintiff's Complaint**, a copy of which is hereby served upon you.

Dated:  April 3, 2008　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　MADISON APARTMENT GROUP, L.P. and
　　　　　　　　　　　　　　　　　　　BPG PROPERTIES, LTD.


　　　　　　　　　　　　　　　　　　　By  /S/ Jon E. Klinghoffer _____
　　　　　　　　　　　　　　　　　　　　　One of Its Attorneys


Jon E. Klinghoffer
GOLDBERG KOHN BELL BLACK
 ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois  60603
(312) 201-4000

-2-

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on April 3, 2008 he caused a copy of **Madison Apartment Group, L.P. and BPG Properties, Ltd.'s Answer and Affirmative Defenses to Plaintiff's Complaint** to be served via the Court's ECF/electronic mailing system upon the following:

> Joel J. Bellows, Esq.
> Kristen E. Prinz, Esq.
> Bellows and Bellows, P.C.
> 209 South LaSalle Street, Suite 800
> Chicago, IL 60604

/s/ Jon E. Klinghoffer
Jon E. Klinghoffer